IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

KAMALAH CORDELL,

    Petitioner,

v.                                          CIVIL ACTION NO. 1:20-00010

M. E. REHERMAN, Warden,
Alderson Prison Camp,

    Respondent.

## MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge Cheryl A. Eifert for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Eifert submitted to the court her Findings and Recommendation on March 5, 2020, in which she recommended that the court grant petitioner's voluntary Motion to Dismiss, (ECF No. 15), dismiss petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (ECF No. 1), without prejudice, and remove this case from the court's active docket.  (ECF No. 16.)

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Eifert's Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a waiver of

such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Objections to the Proposed Findings and Recommendation were due by March 23, 2020.  Neither party filed any objections to the Magistrate Judge's Findings and Recommendation.  Accordingly, the court also adopts the Finding and Recommendation of Magistrate Judge Eifert as follows:

1. Petitioner's voluntary Motion to Dismiss, (ECF No. 15), is **GRANTED;**

2. Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (ECF No. 1), is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(2); and

3. The Clerk is directed to remove this case from the court's active docket.

Additionally, the court has considered whether to grant a certificate of appealability.  See 28 U.S.C. § 2253(c).  A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v.

McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). The court concludes that the governing standard is not satisfied in this instance. Accordingly, the court **DENIES** a certificate of appealability.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 14th day of August, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge

McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). The court concludes that the governing standard is not satisfied in this instance. Accordingly, the court **DENIES** a certificate of appealability.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 14th day of August, 2020.

ENTER:

*[signature: David A. Faber]*

David A. Faber
Senior United States District Judge